UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :   INDICTMENT

    - v. -                        :   20 Cr.

GREGORY FERRER,                   :

        Defendant.              :   20 CRIM 650

- - - - - - - - - - - - - - - - X

## COUNT ONE

### (Felon in Possession)

The Grand Jury charges:

On or about October 28, 2020, in the Southern District of New York and elsewhere, GREGORY FERRER, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess firearms, to wit, a black EEA revolver and a pink Cobra handgun, and the firearms were in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

GREGORY FERRER,

                     Defendant.

---

INDICTMENT

20 Cr.

(18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.)

AUDREY STRAUSS
Acting United States Attorney

*[signature]*
Foreperson

---

12/01/20
(CA)

INDICTMENT FILED
WHEEA-A DJ BNNNACO
KN PARKER
USMJ